UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MICHAEL CHENAIL,

    Plaintiff,

vs.                                            CASE NO:    2:15-cv-65-JDL

THE LODGE AT KENNEBUNK, LLC,

    Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

        The Plaintiff, Michael Chenail, and Defendant, The Lodge at Kennebunk, LLC, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice.  The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.  Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

        Dated this 31st day of August 2015.

/s/ Michael A. Chester                  /s/ Paul S. Bulger
Michael A. Chester, Esq.             Paul S. Bulger, Esq.
(ASB-3904-L74C)                      Jewell and Bulger, PA
Schwartz Roller & Zwilling           477 Congress Street, Ste 1104
600 Vestavia Parkway, Suite 251    Portland, ME 04101
Birmingham, Alabama, 35216       Email:  pbulger@jewellandbulger.com
Telephone: (205) 822-2701            *Counsel for Defendant*
Email: mchester@szalaw.com
 *Counsel for Plaintiff*


 /s/ Lynn A. Williams
 Lynne A. Williams, Esq.
Maine Bar No.: 9267
13 Albert Meadow
Bar Harbor, ME 04609
Telephone: 207-266-6327
Email:  lwilliamslaw@earthlink.net
*Local Counsel for Plaintiff*